UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| StarPro, Greens, Inc., Daniel E. Selton,<br><br>               Plaintiff,<br><br>vs.<br><br>Polyloom Corporation of America, Challenger Turf, Inc. ,<br><br>               Defendant. | CIVIL ACTION FILE<br><br>NO.   4:23-cv-00282-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Rome, Georgia, this 10th day of March, 2025.

                                                          KEVIN P. WEIMER
                                                          CLERK OF COURT

                                          By:   s/D. Burkhalter
                                                     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 10, 2025
Kevin P. Weimer
Clerk of Court

By:   s/D. Burkhalter
        Deputy Clerk